IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PEDRO PEREZ-HERNANDEZ, 12053-003, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 13-0506-WS-N |
| LOUIS SCREWS, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 21st day of March, 2014.

                                                       <u>s/WILLIAM H. STEELE</u>
                                                       **CHIEF UNITED STATES DISTRICT JUDGE**